Mr. Troy Lee Perkins, #1480826
TDCJ-Alfred D. Hughes Unit
Rt. 2 - Box 4400
Gatesville, Texas 76597

Honorable Clerk;        5 OCT, 2015

72,726-35

RE= "Habeas corpus appeal"

I sent a "Appeal in Habeas corpus/ Criminal cases"; pursuant to T.R.A.P. Rule 31 et seq. on 1 May 2015~

There has been no acknowledgement of that motion, to this Court; as of yet~

Please inform me, as to the status of my 'Habeas corpus appeal'-

Thank you for all your time, efforts, service, and patience in this very serious issue -

Best Regards,

Mr. Troy Lee Perkins, #1480826

Petitioner pro se

RECEIVED IN
COURT OF CRIMINAL APPEALS

OCT 09 2015

Abel Acosta, Clerk

Orig= Court of Criminal Appeals of Texas
CC= file